UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY MCCOLLUM, ET AL. | CIVIL ACTION |
| VERSUS | NO. 08-5050 |
| MCALISTER'S CORPORATION OF MISSISSIPPI, ET AL. | SECTION "S" (3) |

## ORDER

The Court, having considered the record, the settlement agreement, and its corresponding exhibits, the applicable law, the Magistrate Judge's Report and Recommendation, and the class counsel's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation as to the method of the disbursement of the settlement fund. However, based on the evidence provided by class counsel regarding Katherine Champion, Almanette Mealey, Leeresa Stewart, and Deanne Vadell, the court finds that they are entitled to a portion of the settlement fund, and the court adopts the revised disbursement spreadsheet filed by class counsel with his objections to the Magistrate Judge's Report and Recommendation (Doc. #124-2) as the amounts for disbursement of the settlement fund. Accordingly,

**IT IS ORDERED** that the disbursement of the settlement funds as reflected on the Excel Spreadsheet attached to Class Counsel's Objection to the Magistrate Judge's Report and Recommendation (Doc. #124-2) is **APPROVED**.

New Orleans, Louisiana, this  24th  day       February      , 2012.

_____
UNITED STATES DISTRICT JUDGE